# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-054-REW
18 U.S.C. § 922(g)

LARRY COMBS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 6, 2022, in Perry County, in the Eastern District of Kentucky,

**LARRY COMBS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 9mm handgun with serial LR160, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged the Indictment, the Defendant shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922, including any and all firearms and ammunition seized from the Defendant on June 6, 2022. Any and all

interest that the Defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**
Glock, 9mm Handgun, Serial Number LR160US.

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

_____/for_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, a fine of not more than $250,000 and not more than 3 years of supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Forfeiture of listed property.

**PLUS:**     Restitution, if applicable.